IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY LEE BLANDENBURG,

    Petitioner,

v.                                CASE NO. 5:12-cv-252-RS-GRJ

SECRETARY, DEPT. OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The motion to dismiss the petition as time-barred (Doc. 22) is **GRANTED**.

3. The certificate of appealability is **DENIED** because Defendant did not make a substantial showing of the denial of a constitutional right.

3. The clerk is directed to close the case.

**ORDERED** on December 3, 2013.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**